# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:20-CR-00107 |
| v. | (Chief Judge Brann) |
| BRENDA RAMIREZ-MENDOZA, | |
| Defendant. | |

## ORDER

**OCTOBER 1, 2021**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Brenda Ramirez-Mendoza's motion to suppress (Doc. 28) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge